IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMERICAN GOLD EXCHANGE, INC. § | |
|     Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:22-cv-00049 |
| § | |
| SHAOLIN GRIFFIN, individually, and § | |
| As the putative successor trustee of the § | |
| Patricia Griffin Revocable Trust, § | |
| BAHATI GRIFFIN, and the § | |
| PERSONAL REPRESENTATIVE OF § | |
| THE ESTATE OF PATRICIA ANNE § | |
| GRIFFIN, DECEASED, ANTOINETTE § | |
| LASKY, JOSEPH BACON, ADELAIDA § | |
| HILTON and BERNARD BACON § | |
|     Defendants. § | |

## FINAL JUDGMENT

Before the Court is the Claim of Shaolin and Bahati Griffin ("Claim") and the Joint Stipulations of all Defendants in Support of Claim of Shaolin and Bahati Griffin to Recovery of Interpleaded Property ("Stipulations") [Dkt. 27]. The Court now considers the Claim in light of the Stipulations.

The Court has previously determined that it has subject matter jurisdiction over the Interpleaded Property [Dkt. 18]. The Court previously entered an Order granting leave to permit the Plaintiff to deposit 670 gold coins [Dkt. 10] into the Registry of the Court to be held in the vault of the U.S. District Court Clerks' Office pending the issuance

of further orders in this matter. Subsequently, the 670 gold coins, including 70 South African gold Krugerrand coins (one ounce each) and 600 Swiss Gold 20 Franc coins (0.1867 ounces each) ("Gold Coins") were delivered by the Plaintiff, through its attorney, to the Clerk of the Court and the Clerk of the Court delivered a receipt therefore [Dkt. 10] pending the issuance of further orders in this matter. The Plaintiff and the Defendants have all acknowledged, and the Defendants have stipulated, that the Gold Coins were owned by Patricia Griffin, deceased, the mother of Bahati and Shaolin Griffin. The Plaintiff and the Defendants have also acknowledged, and Defendants have stipulated, that Patricia Griffin left her last will dated February 6, 2006 ("Will"), and was also the Settlor of a trust dated January 17, 2006 ("Trust").

Bahati and Shaolin Griffin have made a claim to ownership and possession of the Gold Coins, supported by the Stipulations. No other person has made any claim to the Gold Coins. The Stipulations show conclusively that there is no dispute that the Interpleaded Property constitutes all of the property that might be claimed by any of the Defendants. The Stipulations show that all parties who may claim an interest in the Interpleaded Property are before the Court and the Court finds that it has personal jurisdiction over each of the Defendants. The Stipulations show that there is no dispute amongst any of the Defendants and that all Defendants stipulate that the Gold Coins are the property of Bahati and Shaolin Griffin by devise from their deceased mother, Patricia Griffin, whether under the Will or the Trust. The will was duly admitted to probate in

the Cause No. PB20220160, *In the Matter of the Estate of Patricia Griffin, Deceased,* in the Arizona Superior Court, Pima County, Arizona ("Probate Matter"). The Court finds that Shaolin Griffin was granted Letters of Administration in the Probate Matter to administer the terms of the Will. The Court finds that all potential beneficiaries of the Will are before the Court. The Court also finds that Shaolin Griffin is the Trustee of the Trust and that all potential beneficiaries of the Trust are before the Court. The Defendants have each stipulated to the entry of a Final Judgment awarding the Gold Coins, jointly, to Bahati and Shaolin Griffin. The Court now finds that the Gold Coins are the jointly-owned property of Bahati and Shaolin Griffin.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the 670 Gold Coins on deposit with the Clerk of the Court, consisting of 70 South African gold Krugerrand coins (one ounce each) and 600 Swiss Gold 20 Franc coins (0.1867 ounces each), is the jointly-owned property of Bahati and Shaolin Griffin and that Bahati and Shaolin Griffin are entitled to possession of the Gold Coins.

IT IS FURTHER ORDERED that the Clerk of the Court shall deliver the Gold Coins to Bahati and Shaolin Griffin, at the United States District Courthouse in Austin, Texas at a time to be arranged with the District Clerk. IT IS FURTHER ORDERED that Bahati and Shaolin Griffin shall give a signed receipt to the Clerk of the Court upon delivery of the Gold Coins.

This is a final order disposing of all parties and claims before the Court.

IT IS FINALLY ORDERED that this case is CLOSED upon delivery of the the Gold Coins to Bahati and Shaolin Griffin.

DATED: January 5, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

CARL J. KOLB P.C.
501 Congress Ste. 150
P.O. Box 309
Austin, TX 78767
Telephone: 737-227-5573
Email for all Rule 5 service:
service@carlkolblaw.com


By: */s/ Carl J. Kolb*
    Carl J. Kolb
    State Bar Number 11660480

ATTORNEY FOR DEFENDANTS

4